UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>- against -<br><br>SUSAN REALTY ASSOCIATES LLC and SUSHI 21 NY INC<br><br>Defendant | 18cv 928 (AJN)(DCF)<br><br>**STIPULATION DISCONTINUING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:   June 20, 2018

LAW FIRM OF JAMES E. BAHAMONDE, P.C.

By: _____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel: (646) 290-8258
james@civilrightsNY.com

Attorney for Plaintiff

KOSSOFF, PLLC

By: _____

Ranakdevi Londoner
217 Broadway, Suite 401
New York, NY 10007
Tel. 212-267-6364 ext. 217
rlondoner@kaulaw.com

Attorney for Defendant Susan Realty Associates LLC

LAW OFFICES OF MING HAI, PC

By: _____

Ming Hai
36-09 Main St. Suite 7B
Flushing, NY 11354
Tel. 718 445 9111
lawminghai@gmail.com

Attorney for Defendant Sushi 21 NY Inc.

SO ORDERED: 7/19/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE